FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00437-CV

**IN THE INTEREST OF N.L.B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13937
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on February 28, 2022. After the once-extended due date, Appellant filed a second motion for an extension of time to file the brief.

Appellant's motion is **granted**. Appellant's brief is due on March 30, 2022. *See* TEX. R. APP. P. 38.6(d).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court